# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN KING, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:19-CV-1994-JHE |
| OFFICER SNELSON, et al., ) | Opposition: Not Applicable |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW FROM REPRESENTING KELLER SPEAKS

Comes now undersigned counsel and moves this Court for permission to no longer represent Keller Speaks and, for grounds, states as follows:

1. Undersigned counsel was assigned the case in November of 2020 after the previous attorney left the Attorney General's Office.

2. Undersigned counsel has attempted to contact Keller Speaks using text, search history, and the Alabama Department of Corrections personnel information.

3. Undersigned counsel has been unable to reach Keller Speaks,

4. Counsel is unable to confer with Keller Speaks or obtain his assistance in defending him in the pending lawsuit.

**WHEREFORE PREMISES CONSIDERED**, undersigned counsel moves that she be removed as counsel of record for Keller Speaks.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL

/s/*Bettie J. Carmack*
Bettie J. Carmack
*Assistant Attorney General*
501 Washington Avenue
Montgomery, AL 36130
(334) 353-5305 (T)
(334) 353-8400 (F)
Bettie.Carmack@alabamaAG.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on May 6, 2021, electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which will provide notice and a copy to the following:

| **Samuel Fisher** <br> **Sidney Jackson** <br> *Attorneys for the Plaintiff* <br> **Wiggins, Childs, Pantazis, Fisher, Goldfarb, P.C.** <br> **The Kress Building,** <br> **301 19th Street North** <br> **Birmingham, Alabama 35203** | **Terrell E McCants** <br> *Attorney for the Plaintiff* <br> **Burrell & McCants** <br> **712 32nd St. S** <br> **Birmingham, AL 35233** |
|---|---|

/s/*Bettie J. Carmack*
Bettie J. Carmack
*Defense counsel*