FILED
2021 May-27  AM 10:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN KING, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 2:19-cv-1994-JHE |
| OFFICER SNELSON, et al, | ) |
| Defendants. | ) |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

COMES NOW Assistant Attorney General Terrie S. Morgan, and respectfully asks this Court's permission to substitute her as counsel of record for the Defendants, Joe Binder, Roderick Gadson, Gwendolyn Givens, Andre Phillips, and Samuel Snelson, and, as grounds, state as follows:

The Defendants' current attorney of record, Bettie J. Carmack, is no longer employed by the State of Alabama Attorney General's Office.

Respectfully submitted,

STEVE MARSHALL
Attorney General

*/s/ Terrie S. Morgan*
TERRIE S. MORGAN
Assistant Attorney General

ADDRESS OF COUNSEL
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300 (T)
(334) 353-8400 (F)
Terrie.Morgan@Alabamaag.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have on May 27, 2021, electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF electronic filing system which will send notification to the following:

Samuel Fisher
Sidney Jackson
Terrell E. McCants

/s/ *Terrie S. Morgan*
Terrie S. Morgan
Assistant Attorney General