FILED

2022 Aug-11  PM 12:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| JOHN KING, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  2:19-cv-01994-JHE |
| | ) | |
| OFFICER SNELSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CLERK'S COURT MINUTE ENTRY**
**DISMISSAL PURSUANT TO STIPULATION OF PARTIES**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismissal of this action, with prejudice.  (Doc. 66).  Each party to bear its own costs.

Therefore, at the direction of the Honorable John H. England, III, this case is closed.

DATED: August 11, 2022

SHARON N. HARRIS, CLERK

By:___Angela Day_____
Deputy Clerk